UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-61363-CV- DIMITROULEAS/SNOW

INTERNATIONAL CREDITOR SOLUTIONS, LLC,

    Plaintiff,

vs.

MARK I. GRUMET REVOCABLE TRUST DATED
MAY 9, 2007; MARK GRUMET; MERIDIAN
TRUST LLC; DANE T. STANISH; LORRAINE
SMITH; and COMMUNITY 8 PROPERTIES LLC;

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE is before the Court *sua sponte.*

On July 13, 2017, the Court issued an Order Regarding Required Legal Representation for Corporate Plaintiff [DE 5]. The Court explained that Plaintiff INTERNATIONAL CREDITOR SOLUTIONS, LLC needed legal representation because an LLC cannot be *pro se*. The Court gave Plaintiff until July 18, 2017 "to obtain legal representation and file a Notice of Appearance by the attorney." [DE 5]. The Court warned Plaintiff that "[f]ailure to do so will result in dismissal of the case without further notice." *Id.* Plaintiff has not filed a Notice of Appearance, and the time for doing so has passed.

Accordingly, it is **ORDERED AND ADJUDGED** that this case is **DISMISSED.** The Clerk is directed to **CLOSE** this case and **DENY** any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County Florida, this 20th day of July, 2017.

*[signature]*
WILLIAM P. DIMITROULEAS
United States District Judge

cc:   Counsel of Record

   International Creditor Solutions, LLC
   c/o Jeremy Carter, *pro se*
   71851-004
   Estill
   Federal Correctional Institution
   Inmate Mail/Parcels
   P.O. Box 699
   Estill, SC 29918